**Opinion filed November 18, 2010**



## In The

# Eleventh Court of Appeals

_____

### Nos. 11-10-00313-CR & 11-10-00314-CR

_____

### ULRIC BRONSHAY HICKS, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 54th District Court**

**McLennan County, Texas**

**Trial Court Cause Nos. 1996-691-C & 1997-519-C**

### M E M O R A N D U M   O P I N I O N

Ulric Bronshay Hicks was convicted in 1998 of aggravated robbery[1] and possession of a controlled substance.[2] On May 3, 2010, appellant filed in each case a pro se motion for judgment nunc pro tunc. The trial court denied each motion on July 20, 2010, and appellant filed his pro se notices of appeal on September 7, 2010.

---

[1]Cause No. 11-10-00313-CR.

[2]Cause No. 11-10-00314-CR.

On September 29, 2010, appellant was notified by writing in each case that it appeared the July 20 orders were not appealable and that, even if they were, it appeared the notices of appeal were untimely. Appellant was directed to file a response in the cases showing grounds for continuing the appeals.

In his responses to the September 29 letters, appellant states that he is appealing "the 6th Amendment rights of his Conviction and Sentence." He also states that he is raising "subject matter of law of Constitutional Civil Rights Challenge pursuant to the Articles 11.07 and Article 24.02 and Article 38.35(A)(1)(2)(3)(4)(A)(B)(C)(D)(E)(F)(5) ALE of Texas Code Criminal Procedure." Appellant addresses neither of the court's concerns: whether the July 20 orders are appealable or whether the notices of appeal are timely.

The July 20, 2010 orders are not appealable. Therefore, the appeals are dismissed for want of jurisdiction.

PER CURIAM

November 18, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.